**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARK ANDREW SEIFERT<br>TERESA SEIFERT<br><br>　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　Movant<br>　　vs.<br>PNC BANK NA<br><br>　　Respondents | Case No. 14-24632CMB<br><br>Chapter 13<br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

　　NO PROOF OF FILING OF STATIS FACTION PROVIDED.

| | |
|---|---|
| PNC BANK NA<br>POB 94982<br>CLEVELAND, OH 44101 | Court claim# 4/Trustee CID# 2 |

The Movant further certifies that on 09/18/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>　　　original creditor<br>　　　putative creditor<br>　　　counsel for debtor(s)<br>　　　counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>MARK ANDREW SEIFERT, TERESA SEIFERT, 3336 SYLVAN ROAD, BETHEL PARK, PA  15102 | DEBTOR'S COUNSEL:<br>DAVID A RICE ESQ, RICE & ASSOCIATES LAW FIRM, 15 W BEAU ST, WASHINGTON, PA  15301 |
| ORIGINAL CREDITOR:<br>PNC BANK NA, POB 94982, CLEVELAND, OH  44101 | ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| NEW CREDITOR: | |