## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARK ANDREW SEIFERT                           Case No. 14-24632CMB
TERESA SEIFERT

      Debtor(s)
RONDA J. WINNECOUR,                           Chapter 13
Standing Chapter 13 Trustee,

      Movant                              Document No __
vs.
PNC BANK NA

      Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

PNC BANK NA                                   Court claim# 4/Trustee CID# 23
POB 94982
CLEVELAND, OH 44101

The Movant further certifies that on 09/18/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                      /s/ Ronda J. Winnecour
                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
cc:  debtor(s)                                SUITE 3250 US STEEL TWR
     original creditor                   PITTSBURGH, PA  15219
     putative creditor                 (412) 471-5566
     counsel for debtor(s)          cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>MARK ANDREW SEIFERT, TERESA SEIFERT, 3336 SYLVAN ROAD, BETHEL PARK, PA  15102 | DEBTOR'S COUNSEL:<br>DAVID A RICE ESQ, RICE & ASSOCIATES LAW FIRM, 15 W BEAU ST, WASHINGTON, PA  15301 |
| ORIGINAL CREDITOR:<br>PNC BANK NA, POB 94982, CLEVELAND, OH  44101 | |
| NEW CREDITOR: | |