**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MARK ANDREW SEIFERT<br>TERESA SEIFERT<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  MARK ANDREW SEIFERT<br>TERESA SEIFERT<br><br>     Respondents | Case No. 14-24632CMB<br><br>Chapter 13<br><br>Document No. 93 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __4th__ day of __December__, 20__19__, it is hereby ORDERED, ADJUDGED, and DECREED that,

L S Starrett Co
Attn : Payroll Manager
121 Crescent St
Athol, MA 01331

is hereby ordered to immediately terminate the attachment of the wages of MARK ANDREW SEIFERT, social security number XXX-XX-6909. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARK ANDREW SEIFERT.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
12/4/19 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Andrew Seifert
Teresa Seifert
    Debtors

Case No. 14-24632-CMB
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                  Page 1 of 1                  Date Rcvd: Dec 04, 2019
                              Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
```
db/jdb         +Mark Andrew Seifert,    Teresa Seifert,    3336 Sylvan Road,    Bethel Park, PA 15102-1144
               +LS Starrett Co.,    Attn: Payroll,    121 Crescent St.,    Athol, MA 01331-1915
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              David A. Rice    on behalf of Joint Debtor Teresa  Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Mark Andrew Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Joint Debtor Teresa  Seifert niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Debtor Mark Andrew Seifert niclowlgl@comcast.net
                                                                                             TOTAL: 11
```