Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mark Andrew Seifert
dba Mastech Metrology Services
Teresa Seifert**
  Debtor(s)

Bankruptcy Case No.: 14−24632−CMB

Chapter: 13
Docket No.: 100 − 99

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 28th of January, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/15/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/13/20.**

                                                            <u>Carlota M. Bohm</u>
                                                            United States Bankruptcy Judge

cm: **All Parties**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 14-24632-CMB
Mark Andrew Seifert                                                 Chapter 13
Teresa Seifert
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dsaw                  Page 1 of 2                  Date Rcvd: Jan 28, 2020
                              Form ID: 408                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db/jdb         +Mark Andrew Seifert,    Teresa Seifert,    3336 Sylvan Road,    Bethel Park, PA 15102-1144
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13959348       +Arrow Financial Services / Sears,    c/o Doyle Legal Services,    204 St Charles way, Unit E#177,
                 York, PA 17402-4646
13959350       +Bethel Park Tax Collector,    Jordan Tax Services,    7100 Baptist Road,
                 Bethel Park, PA 15102-3908
13959355       +Credit Management Co / Image Radiology,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13959357       +Daniel S Siedman, Esq. / PNC Mtg.,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13959358       +Debt Recovery Solution / Verizon,    Attention: Bankruptcy,    900 Merchants Concourse Ste Ll11,
                 Westbury, NY 11590-5121
13959359       +Georgino Industrial Supply Co.,    125 First Avenue,   Pittsburgh, PA 15222-1506
13991083       +Municipality of Bethel Park,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13991082       +Municipality of Bethel Park/Bethel Park SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13959362       +National City Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13965149       +PNC BANK,   N/A,   P O BOX 94982,   CLEVELAND   OHIO 44101-4982
14012280       +PNC Bank, National Association,    ATTN Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13959365       +PNC Mortgage,   2370 Liberty Ave,   Pittsburgh, PA 15226
13959363        Pa. Dept. of Revenue,    Bureau of Individual Taxes,    Dept. 280432,   Harrisburg, PA 17128-0432
13998720       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13959366       +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
13959368       +Tonys Auto Center, Inc.,    5607 Library Road,   Bethel Park, PA 15102-3531
13971517        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:35:28
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
13959347       +E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2020 03:14:33      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13963669        E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2020 03:14:33
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13982680        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2020 03:34:18
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK   73124-8838
13959349       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 29 2020 03:14:53
                 Asset Acceptance / Citibank,    Attn: Bankrupcy Dept,    Po Box 2036,   Warren, MI 48090-2036
13959351       +E-mail/Text: bankruptcy@cavps.com Jan 29 2020 03:15:05      Calvary Portfolio Services / HSBC,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13959352       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 29 2020 03:34:08      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,   Salt Lake City, UT 84130-0285
13960045       +E-mail/Text: bankruptcy@cavps.com Jan 29 2020 03:15:05      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13959353       +E-mail/Text: notices@burt-law.com Jan 29 2020 03:15:24      Citibank SD,
                 c/o Burton Neil & Assoc.,    1060 Anddrew Dr., Suite 170,    West Chester, PA 19380-5601
13959354       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 29 2020 03:14:44      Comenity Capital/jjill,
                 995 W 122nd Ave,   Westminster, CO 80234-3417
13959356       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 29 2020 03:34:41      Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13959360       +E-mail/Text: cio.bncmail@irs.gov Jan 29 2020 03:14:40      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14015343        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 03:34:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13986661        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2020 03:35:14
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14657793        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 03:45:45
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA 23541
13965609        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2020 03:14:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13979268        E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 03:14:45
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13971905        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 29 2020 03:34:41      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13959367       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 29 2020 03:34:41      Regional Finance Corp,
                 550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
```

```
District/off: 0315-2          User: dsaw                 Page 2 of 2                   Date Rcvd: Jan 28, 2020
                              Form ID: 408               Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13959369         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 29 2020 03:14:28
                  Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 20

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bethel Park School District
cr              Municipality of Bethel Park
cr              PNC BANK, NATIONAL ASSOCIATION
13991726*      +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13959361*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13959364*       Pa. Dept. of Revenue,   Bureau of Individual Taxes,   Dept. 280432,   Harrisburg, PA 17128-0432
                                                                                 TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              David A. Rice    on behalf of Joint Debtor Teresa  Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Mark Andrew Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Mark Andrew Seifert niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Teresa  Seifert niclowlgl@comcast.net
                                                                                             TOTAL: 11
```