**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Andrew Seifert** | Social Security number or ITIN **xxx–xx–6909** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Teresa Seifert** | Social Security number or ITIN **xxx–xx–2995** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14–24632–CMB**

## Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Andrew Seifert                                             Teresa Seifert
dba Mastech Metrology Services

3/18/20                                                                      **By the court:**    Carlota M. Bohm
                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                         Case No. 14-24632-CMB
Mark Andrew Seifert
Teresa Seifert                                                 Chapter 13
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dkam              Page 1 of 2           Date Rcvd: Mar 18, 2020
                              Form ID: 3180W          Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db/jdb         +Mark Andrew Seifert,    Teresa Seifert,    3336 Sylvan Road,    Bethel Park, PA 15102-1144
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13959348       +Arrow Financial Services / Sears,    c/o Doyle Legal Services,    204 St Charles way, Unit E#177,
                 York, PA 17402-4646
13959350       +Bethel Park Tax Collector,    Jordan Tax Services,    7100 Baptist Road,
                 Bethel Park, PA 15102-3908
13959355       +Credit Management Co / Image Radiology,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13959357       +Daniel S Siedman, Esq. / PNC Mtg.,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13959358       +Debt Recovery Solution / Verizon,    Attention: Bankruptcy,    900 Merchants Concourse Ste Ll11,
                 Westbury, NY 11590-5121
13959359       +Georgino Industrial Supply Co.,    125 First Avenue,    Pittsburgh, PA 15222-1506
13991083       +Municipality of Bethel Park,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13991082       +Municipality of Bethel Park/Bethel Park SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13959362       +National City Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13965149       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
14012280       +PNC Bank, National Association,    ATTN Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13959365       +PNC Mortgage,    2370 Liberty Ave,    Pittsburgh, PA 15226
13959363        Pa. Dept. of Revenue,    Bureau of Individual Taxes,    Dept. 280432,    Harrisburg, PA 17128-0432
13998720       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13959366       +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
13959368       +Tonys Auto Center, Inc.,    5607 Library Road,    Bethel Park, PA 15102-3531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:46:55      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Mar 19 2020 07:58:00       PRA  Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13959347       +EDI: GMACFS.COM Mar 19 2020 07:58:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
13963669        EDI: GMACFS.COM Mar 19 2020 07:58:00      Ally Financial serviced by Ally Servicing LLC,
                 PO Box 130424,    Roseville, MN 55113-0004
13982680        EDI: AIS.COM Mar 19 2020 08:03:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13959349       +EDI: ACCE.COM Mar 19 2020 07:58:00      Asset Acceptance / Citibank,    Attn: Bankrupcy Dept,
                 Po Box 2036,    Warren, MI 48090-2036
13959351       +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 04:47:58      Calvary Portfolio Services / HSBC,
                 Attention: Bankruptcy Department,     500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13959352       +EDI: CAPITALONE.COM Mar 19 2020 07:58:00      Capital 1 Bank,    Attn: General Correspondence,
                 Po Box  30285,    Salt Lake City, UT 84130-0285
13960045       +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 04:47:58      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13959353       +E-mail/Text: notices@burt-law.com Mar 19 2020 04:48:42      Citibank SD,
                 c/o Burton Neil & Assoc.,    1060 Anddrew Dr., Suite 170,    West Chester, PA 19380-5601
13959354       +EDI: WFNNB.COM Mar 19 2020 07:58:00      Comenity Capital/jjill,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
13959356       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:41:25      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13959360       +EDI: IRS.COM Mar 19 2020 07:58:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14015343        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:42:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13986661        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:42:29
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14657793        EDI: PRA.COM Mar 19 2020 07:58:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
13965609        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:46:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13979268        EDI: Q3G.COM Mar 19 2020 07:58:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
13971905        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 19 2020 04:42:21      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13959367       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 19 2020 04:42:21      Regional Finance Corp,
                 550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
```

```
District/off: 0315-2           User: dkam                 Page 2 of 2                 Date Rcvd: Mar 18, 2020
                               Form ID: 3180W             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13959369         +EDI: VERIZONCOMB.COM Mar 19 2020 07:58:00     Verizon,   500 Technology Dr Ste 30,
                  Weldon Spring, MO 63304-2225
13971517          EDI: WFFC.COM Mar 19 2020 07:58:00     Wells Fargo Bank, N.A.,   P.O. Box 19657,
                  Irvine, CA 92623-9657
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bethel Park School District
cr              Municipality of Bethel Park
cr              PNC BANK, NATIONAL ASSOCIATION
13991726*      +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13959361*      +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13959364*       Pa. Dept. of Revenue,   Bureau of Individual Taxes,   Dept. 280432,   Harrisburg, PA 17128-0432
                                                                                 TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              David A. Rice    on behalf of Joint Debtor Teresa  Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Mark Andrew Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Mark Andrew Seifert niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Teresa  Seifert niclowlgl@comcast.net
                                                                                              TOTAL: 11
```