**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARK ANDREW SEIFERT
    TERESA SEIFERT
        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.:14-24632

Chapter 13

Document No.: 99

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ____18th____ day of ____March____, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/18/20 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **dmk**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 14-24632-CMB
Mark Andrew Seifert
Teresa Seifert                                                            Chapter 13
         Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: dkam                 Page 1 of 2                  Date Rcvd: Mar 18, 2020
                               Form ID: pdf900            Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db/jdb         +Mark Andrew Seifert,    Teresa Seifert,    3336 Sylvan Road,    Bethel Park, PA 15102-1144
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,     375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13959348       +Arrow Financial Services / Sears,    c/o Doyle Legal Services,     204 St Charles way, Unit E#177,
                 York, PA 17402-4646
13959350       +Bethel Park Tax Collector,    Jordan Tax Services,    7100 Baptist Road,
                 Bethel Park, PA 15102-3908
13959355       +Credit Management Co / Image Radiology,     2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13959357       +Daniel S Siedman, Esq. / PNC Mtg.,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13959358       +Debt Recovery Solution / Verizon,    Attention: Bankruptcy,     900 Merchants Concourse Ste Ll11,
                 Westbury, NY 11590-5121
13959359       +Georgino Industrial Supply Co.,    125 First Avenue,    Pittsburgh, PA 15222-1506
13991083       +Municipality of Bethel Park,    c/o Goehring Rutter & Boehm,     437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13991082       +Municipality of Bethel Park/Bethel Park SD,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13959362       +National City Bank,   2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13965149       +PNC BANK,  N/A,   P O BOX 94982,   CLEVELAND  OHIO 44101-4982
14012280       +PNC Bank, National Association,    ATTN Bankruptcy Department,     3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13959365       +PNC Mortgage,   2370 Liberty Ave,   Pittsburgh, PA 15226
13959363        Pa. Dept. of Revenue,    Bureau of Individual Taxes,    Dept. 280432,   Harrisburg, PA 17128-0432
13998720       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13959366       +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
13959368       +Tonys Auto Center, Inc.,    5607 Library Road,   Bethel Park, PA 15102-3531
13971517        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:43:37
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
13959347       +E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2020 04:45:57      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13963669        E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2020 04:45:57
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13982680        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2020 04:41:47
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13959349       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2020 04:47:23
                 Asset Acceptance / Citibank,    Attn: Bankrupcy Dept,    Po Box 2036,   Warren, MI 48090-2036
13959351       +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 04:48:01     Calvary Portfolio Services / HSBC,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13959352       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2020 04:42:11      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box  30285,   Salt Lake City, UT 84130-0285
13960045       +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 04:48:01     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13959353       +E-mail/Text: notices@burt-law.com Mar 19 2020 04:48:42     Citibank SD,
                 c/o Burton Neil & Assoc.,    1060 Anddrew Dr., Suite 170,    West Chester, PA 19380-5601
13959354       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 19 2020 04:46:32      Comenity Capital/jjill,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
13959356       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:41:20      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13959360       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 19 2020 04:46:17      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14015343        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:41:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13986661        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:41:32
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14657793        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:43:34
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA 23541
13965609        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13979268        E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2020 04:46:41
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13971905        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 19 2020 04:42:21      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13959367       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 19 2020 04:42:21      Regional Finance Corp,
                 550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
```

```
District/off: 0315-2          User: dkam              Page 2 of 2              Date Rcvd: Mar 18, 2020
                              Form ID: pdf900         Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13959369          +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 19 2020 04:45:44
                   Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                             TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bethel Park School District
cr              Municipality of Bethel Park
cr              PNC BANK, NATIONAL ASSOCIATION
13991726*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13959361*      +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
13959364*       Pa. Dept. of Revenue,    Bureau of Individual Taxes,    Dept. 280432,   Harrisburg, PA 17128-0432
                                                                                    TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              David A. Rice    on behalf of Joint Debtor Teresa   Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Mark Andrew Seifert ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Bethel Park School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Municipality of Bethel Park jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Scott R. Lowden    on behalf of Debtor Mark Andrew Seifert niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Teresa   Seifert niclowlgl@comcast.net
                                                                                             TOTAL: 11
```